IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SCOTT MATTISON LAWSON,

Petitioner,

v.       2:03-CV-0033

NATHANIEL QUARTERMAN, Director,
Texas Department of Criminal Justice,
Correctional Institutions Division,

Respondent.

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING RULE 60(b) MOTION FOR RELIEF FROM JUDGMENT

Petitioner has filed with this Court an application for relief from judgment under Rule 60(b) of the Federal Rules of Civil Procedure. On February 12, 2009, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the motion be denied. On February 25, 2009, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation. The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the motion for Rule 60(b) relief from judgment filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this 2nd day of March 2009.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE